UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** January 15, 2026  **Time:** 8 minutes  **Judge:** WILLIAM H. ORRICK
2:09 p.m. to 2:17 p.m.

**Case No.**: 24-cr-00614-WHO-1  **Case Name:** UNITED STATES v. Bouzidi, et al.

**Attorney for Plaintiff:**  Jared Buszin
**Attorneys for Defendants:**  Elizabeth Falk for **Raouf Bouzidi**
Karen McConville or **Marwa Tebassi**
**Defendant:** [ X ] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [ X ] Not in Custody

**Deputy Clerk:** Jean Davis  **Reported by:** Summer Fisher
**Interpreter:** n/a  **Probation Officer:** n/a

## PROCEEDINGS

Parties appear for status conference.

A potential trial schedule is discussed. Mr. Bousidi is not willing waive his speedy trial right. Ms. Tebassi does not believe that she could be prepared for a trial held within the speedy trial deadline constraints (by March 2026). The Court advises the parties of currently scheduled trials and unavailability for a trial until June.

**CASE CONTINUED TO:   January 29, 2026 at 1:30 p.m. for further Status Conference**

Time will not be excluded between this date and January 29, 2026, until the parties have a further opportunity to discuss the litigation schedule and provide additional information to the Court.